UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>89,448 bottles, more or less, of an article of food, labeled in part:<br>"RelaKzpro . . . Rapid Relief . . . Herbal Dietary Supplement . . . 2 Fl. OZ. (60 ml) . . . Distributed by: Dordoniz Natural Products, LLC,"<br><br>               Defendants *in rem*. | No. 16 CV 0076<br><br>Judge Alonso<br><br>Magistrate Judge Cole |

## WARRANT FOR ARREST *IN REM* AND NOTICE

To the United States Marshal for the Northern District of Illinois:

WHEREAS a verified complaint for forfeiture has been filed on January 5, 2016, in the United States District Court for the Northern District of Illinois, alleging that the defendants articles identified in the caption above (the "Defendant Articles") are adulterated under the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. § 342(f) and 342(f)(1)(B) and subject to seizure, condemnation, and forfeiture to the United States of America, pursuant to 21 U.S.C. § 334; and

WHEREAS, the court being satisfied that, based upon the verified complaint for forfeiture, there is probable cause to believe that the Defendant Articles are adulterated under the Act, and therefore subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334; you are, therefore, hereby

COMMANDED pursuant to Rule G(3)(c), Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims of the Federal Rules of Civil Procedure (the

"Supplemental Rules"), to arrest and seize the Defendant Articles. The United States Marshal and other personnel he deems necessary are specifically authorized by the court to enter the premises known as Dordoniz Natural Products, LLC, 16050½ Woodmint Lane, South Beloit, Illinois, so as to locate, identify, and seize the Defendant Articles that are the subject of this action and use their discretion and whatever means appropriate to protect and maintain said Defendant Articles, and detain them in your custody or otherwise, including seizure in place or in the custody of an authorized agency, until further order of this court. You are authorized and directed to take all necessary actions, including, but not limited to, the United States Marshals' use of reasonable force to effectuate entry to the above-named premises, including the land and buildings located there; and you are further

COMMANDED to publish notice of the seizure in a manner consistent with the Supplemental Rules; and you are further

COMMANDED to provide notice of this action to all persons who reasonably appear to be potential claimants of the Defendant Articles by sending such persons a copy of this warrant and a copy of the verified complaint for forfeiture, in a manner consistent with Rule G(4)(b) of the Supplemental Rules; and you are further

COMMANDED, promptly after execution of this process, to file the same in this court with your return thereon, identifying the individuals who received copies of this matter and the manner employed.

### Notice

This warrant provides notice that, in order to avoid forfeiture of the Defendant Articles, any person claiming an interest in, or right against the Defendant Articles, must file with the court a verified claim, signed under penalty of perjury, identifying the specific Defendant

Articles claimed, identifying the claimant; and stating the claimant's interest in the Defendant Articles in the manner set forth in Rule G(5) of the Supplemental Rules. The claim must be served upon Zachary T. Fardon, United States Attorney for the Northern District of Illinois (Attention: Assistant United States Attorney Donald R. Lorenzen), 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

All persons claiming an interest in the Defendant Articles and who have received direct notice of the forfeiture action must file their verified claim pursuant to Rule G(5) of the Supplemental Rules within 35 days after this notice is sent; or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, a claim must be filed no later than 60 days after the first day of publication on an official internet government forfeiture site; or within the time that the court allows for good cause.

In addition, any person having filed such a claim must also file an answer to the verified complaint of forfeiture or a motion under Fed. R. Civ. P. 12 not later than 21 days after the filing of the claim, with a copy thereof served upon Zachary T. Fardon, United States Attorney for the Northern District of Illinois (Attention: Assistant United States Attorney Donald R. Lorenzen), 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

ENTER:

_____
United States District Judge

Dated: January 5, 2016